IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ABRAHAM VEGA VEGA

IRIS BETSY VELEZ MORALES

    DEBTOR(S)

CASE NO. 19-06011-EAG

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ 0

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE: August 28, 2020    PLAN BASE: $56,244.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/14/2020

[ ] FAVORABLE    [X] UNFAVORABLE

[X] OTHER:

  a. Plan provides for annual payments in the amount of $300 from tax refunds; however, debtors already paid $938 from tax refunds. Amend plan accordingly. If the $300 provided in the plan is a minimum payment, then the plan needs to specify it. b. Debtor needs to review part 4.3 of the plan since is check off both boxes "flat fee" and "fee application". Per disclosure of compensation attorney fees will be flat fee. c. Banco Santander de Puerto Rico filed objection to confirmation dkt#64.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: LIRIO TORRES*

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CM - SR