IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ABRAHAM VEGA VEGA

IRIS BETSY VELEZ MORALES

DEBTOR(S)

CASE NO. 19-06011-EAG

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: August 28, 2020        PLAN BASE: $56,244.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/3/2020

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

(1) Secured creditor Banco Santander de Puerto Rico has the objected the confirmation on grounds that plan is not feasible because there is no certainty that debtor will be able to make all plan payments. Dkt.61

**[X] OTHER:**

(1) Plan contains inconsistent provision in Part 4.3. There, it provides for flat fee and also a checkmark was placed next to fee application. (2) Trustee needs to know if former counsel for debtor, Ms. Lirio Torres will file application for compensation. (3) Banco Santander de Puerto Rico is objecting the plan, alleging that it fails to provide for insurance and real property taxes and that it is modifying the terms of the first mortgage. Dkt.61.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: PRO SE\*

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CCC - RS